UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESLANDES VOLTAIRE,

    Plaintiff,

v.                                                      Case No:  2:14-cv-740-FtM-38CM

7-ELEVEN INC.,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Defendant 7-Eleven Inc.'s Response to Order to Show Cause (Doc. #30) filed on April 13, 2015.  On March 30, 2015, the Court ordered Defendant to show cause why this case should not be remanded for failure to establish subject matter jurisdiction based on the amount in controversy.  (Doc. #29).  Based on the objective evidence Defendant presents showing that the amount in controversy is more than $75,000, the Court finds this case is properly before it.  (Doc. #30 at 2-5).

Accordingly, it is now

**ORDERED:**

The Court will take no further action on its Order dated March 30, 2015.  (Doc. #29).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida, this 5th day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record